JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Respondent,<br><br> v.<br><br>CURTIS ANTONIO DOUGLAS<br><br>   Defendant-Petitioner. | No. CV 16-7494 PA<br>   CR 96-212 PA<br><br>JUDGMENT DISMISSING WITH PREJUDICE |

  Pursuant to the Court's December 22, 2016 Order dismissing and denying the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by Defendant-Petitioner Curtis Antonio Douglas,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant-Petitioner's action is dismissed with prejudice.

DATED:  December 26, 2016

                    _____
                      Percy Anderson
               UNITED STATES DISTRICT JUDGE